IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARTHUR FOULKS and PERRY FOULKS, a minor child by his father and next friend, ARTHUR FOULKS,<br><br>Plaintiffs,<br><br>vs.<br><br>CECIL TODD EMERY, MICKEY RODGERS, individually and as agents of the department of law enforcement of the VILLAGE OF PULASKI, a municipal corporation, RANDY KERN, individually and as an agent of PULASKI COUNTY, ILLINOIS, a municipal corporation, DEPUTY JOHN DOE, as one or more other agents of the PULASKI COUNTY SHERIFF'S DEPARTMENT, whose names are unknown at the commencement of this suit, but whose names will be added upon receipt of discovery disclosures, MASTER SGT. JON E. WRIGHT, SGT. FNU GRAMMAR, TROOPER FNU TURNER, individually and as agents of the department of law enforcement, of the STATE OF ILLINOIS, and the VILLAGE OF PULASKI, a municipal corporation,<br><br>Defendants. | CIVIL NO. 04-4122-JLF |

## JUDGMENT

In accordance with the Memorandum and Order entered this day, this action is **DISMISSED WITH PREJUDICE.** Judgment is entered in favor of defendants and against plaintiffs.

**NORBERT G. JAWORSKI,** CLERK

May 23, 2006.
*Date*

*Deputy Clerk:* s/Vicki McGuire

Approved: *s/ James L. Foreman*
       *District Judge*

EOD:  5/23/06